**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| PETER McCLAIN SHEWMAN | ) | BANKRUPTCY CASE NUMBER 09-12065 |
| ASHLEY DANIELLE SHEWMAN | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

　　　　　　CLAIM # 7　　Navy Federal Credit Union　　$ 2.51
　　　　　　　　　　　　Post Office Box 3000
　　　　　　　　　　　　Merrifield, VA  22119-3000

　　　　　　　　　　　　　　　　**TOTAL:**　$ 2.51

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana  46802
Telephone:  260 / 407-7000
ygk@sak-law.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 26th day of July, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditor listed above at the address indicated.

　　　　　　　　　　____/s/ Yvette Gaff Kleven_____
　　　　　　　　　　Yvette Gaff Kleven